| | |
|---|---|
| COUNTY OF COOK | ) |
| SS | ) |
| STATE OF ILLINOIS | ) |

## IN THE CIRCUIT COURT OF COUNTY, ILLINOIS

## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| KIRBY SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Court No. 20 cv 1166 |
| YELP, INC., | ) | |
| Defendant, | ) | |

## NOTICE OF COMPLAINT

Please take notice that on February 18, 2020, a Motion to file Plaintiff's First Complaint was filed with the Law Division of the Circuit Court of Cook County, at the Richard J. Daley Center, Chicago, Illinois. A copy of the filed compliant has been attached to this email for defendants YELP, 1NC. A copy of which is hereby served upon you.

This notice is served in accordance with 735 ILCS 5/1-109 and a copy of this notice was delivered to the Defendants' Counsel.

Respectfully Submitted,

_____

Attorney Cierra N. Norris #61617
The Law Office of Attorney C.N. Norris
55 E. Monroe Ste 3800
Chicago, Illinois 60603
Cierra@CNNorisslaw.com