

Exhibit 1

**EXHIBITS FOR TELEPHONIC HEARING 6/27/19 AT 10:30 CST**

Docket No.: 1917130
Claimant Appellant: Kirby J. Smith
ALJ: Eugene O. Tubbs



# Fwd: Meeting Recap | Expectations

---------- Forwarded message ----------
From: **Jonathan Galvas** <Galvas@yelp.com>
Date: Fri, Sep 28, 2018 at 3:04 PM
Subject: Meeting Recap | Expectations
To: Kirby Smith <kirbyjs@yelp.com>

Hi Jai,

Thanks for being open and transparent around the challenges you're feeling in your territory and communication with your manager. I appreciate your willingness to take the initiative to improve these challenges in a constructive manor.

Recapping yesterday's conversation, starting in October I'm going to swap out your territories to help overcome some of the vetting challenges you're facing (should be live by EOD Monday), feel free to work your current accounts until they're out of your name. In addition to territories, we discussed switching teams to Lauren Herzog which will also go in effect 10/1.

Also discussed, regardless of the team or territory it's important that we're controlling what we can in a professional, constructive manor. That said, I'm looking for you to hold yourself to the following expectations moving forward:

- Positivity - You're showing up, operating and communicating with your manager and team with positivity.
- Solutions oriented - Approaching challenges with solutions, being proactive and resourceful.
- Implementing feedback - Trusting your manager's guidance and implementing feedback in a timely manor. If there's something you have questions on manager up, not out.

Please keep in mind that I'm your biggest supporter and will continue to be available to discuss anything on your mind and provide coaching and encouragement along the way.

Once you've had a chance to read this please respond acknowledging these expectations.

Looking forward to a big October!

-Jonathan

--



# Fwd: PTO Request for April 2019

---------- Forwarded message ----------
From: **Kirby Smith** <kirbyjs@yelp.com>
Date: Fri, Jan 18, 2019 at 8:46 AM
Subject: Re: PTO Request for April 2019
To: Parissa Andideh <pandideh@yelp.com>
Cc: Jonathan Galvas <Galvas@yelp.com>, Lauren Herzog <lherzog@yelp.com>

Thank you, I will let you know by Tuesday. I'm thinking i'm just going to reschedule it.

On Thu, Jan 17, 2019 at 4:58 PM Parissa Andideh <pandideh@yelp.com> wrote:

Hi Jai,

Thanks for meeting just now with Jonathan and myself.

As discussed, you currently have -25.75 hours of PTO. Given that you have a negative balance of PTO, we are able to offer the following options for your PTO request for Thailand in April:
- Request the time off when you have accrued enough PTO time to cover the vacation.
- Resign and re apply after the vacation.
- Do not take the vacation in April.

Please let us know what you decide to do.

Many thanks,
Parissa

--

Parissa Andideh, SHRM-CP | Senior People Generalist | Yelp, Inc. | 222 W Merchandise Mart Plaza, Suite #475 Chicago, IL 60654 | p: 312.635.8831 | fax: 415.704.3474 | e: pandideh@yelp.com

--



Kirby Smith | Account Executive, Yelp Inc.
P: 312-638-2647

**Support** | **Blog** | **Success Stories**

New Post! *** **4 Things You Should Know About Advertising On Yelp in 2019**