# Referral

Referral # 15919544

## Referral Information

| Referral # | Creation Date | Referral Status | Status Update |
|---|---|---|---|
| 15919544 | 03/04/2019 | No Authorization Required | 03/05/2019: Status History |

| Status Reason | Referral Type | Referral Reasons | Referral Class |
|---|---|---|---|
| none | Consult & Treatment | PreCert/Auth Required | Internal |

| To Specialty | To Provider | To Location/Place of Service | To Department |
|---|---|---|---|
| Physical Therapy | none | none | none |

| To Vendor | Referred By | By Location/Place of Service | By Department |
|---|---|---|---|
| none | George Czajkowski, MD | ADVOCATE MEDICAL GROUP CHICAGO 4025 N WESTERN | ADMG CHICAGO 4025 N WESTERN IM |

| Priority | Start Date | Expiration Date | Referral Entered By |
|---|---|---|---|
| Routine | 03/04/2019 | 06/02/2019 | George Czajkowski, MD |

| Visits Requested | Visits Authorized | Visits Completed | Visits Scheduled |
|---|---|---|---|
| 1 | 1 | | |

## Procedure Information

| Procedure | Modifiers | Provider | Requested | Approved |
|---|---|---|---|---|
| 9032 - SERVICE TO PHYSICAL THERAPY | None | | 1 | 1 |

## Diagnosis Information

Diagnosis
724.2, 724.3 (ICD-9-CM) - M54.42, M54.41 (ICD-10-CM) - Acute midline low back pain with bilateral sciatica

## Referral Notes

Number of Notes: 2

| Type | Date | User | Summary | Attachment |
|---|---|---|---|---|
| | 03/05/2019 3:36 PM | Florije Geci, CMA | - | - |

**Note**

ADVOCATE-IMMC
836 W. WELLINGTON CHICAGO IL 60657
PH. 773-296-7450
F.  773-296-7370


773-567-1319

| Type | Date | User | Summary | Attachment |
|---|---|---|---|---|
| Provider Comments | 03/04/2019 5:56 PM | George Czajkowski, MD | Provider Comments | - |

**Note**

Based on evaluation, occupational or physical therapists may be utilized, unless otherwise indicated here.

## Referral Order

Order
SERVICE TO PHYSICAL THERAPY (Order # 713172198) on 03/04/2019
View Encounter