Exhibit 3



**FMLA**
**MEDICAL LEAVE CERTIFICATION FORM**
For **Employee's** Own Health Condition

### To Be Completed By EMPLOYEE

**Employee Name:** Kirby Smith

**Employee ID#:**

**Requested Leave Start Date:** MO 3 / DAY 11 / YEAR 19

**Expected Return to Work Date:** MO 6 / DAY 3 / YEAR 19

**Check if applicable:**
- ☐ I require leave on an intermittent basis
- ☒ I require a reduced schedule leave

I authorize my health care provider to furnish information about my health condition to The Larkin Company. This information will be used to determine my eligibility for a leave of absence under the Family and Medical Leave Act (FMLA) and/or my employer's leave policy. Unless revoked in writing, this authorization is valid for 12 months from the date I sign it. I understand that information disclosed under this authorization may no longer be protected by federal privacy regulations and may be redisclosed.

**Signature:** [signed]
**Date:** 3·11·19

### To Be Completed by HEALTH CARE PROVIDER

Your patient is requesting leave under the FMLA, and we require your responses to the questions below. Please be as specific as you can. Terms such as "lifetime," "unknown," or "indefinite" may not be sufficient to determine FMLA coverage. Please provide your best estimate based on your medical knowledge, experience, and examination of your patient, and limit your responses to the condition and period for which your patient is seeking leave.

To assure compliance with Genetic Information Nondiscrimination Act (GINA), we ask that you *not* provide any genetic information when responding to this request. GINA defines genetic information as including an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

**Relevant Medical Facts** – Please provide a statement or description of the medical facts that support your patient's need for leave (e.g. symptoms, diagnosis, etc.)

SEVERE Sciatica m54.40

**Hospitalization** – Was your patient (or will your patient be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
☐ Yes  ☒ No
If so, date of admission: ___/___/___

**Incapacity** – Was your patient (or will your patient be) incapacitated for a single continuous period of time due to the medical condition?
☒ Yes  ☐ No
If so, date incapacity began: 3/4/19
Expected date on which incapacity will no longer exist: ___/___/___

**Treatment** – Please list dates of in-person visits:

**Continuing Treatment** – Does your patient require a regimen of continuing treatment?
☒ Yes  ☐ No

If so, specify the nature of the continuing treatment (check all that apply):
☒ In person visit
☒ Prescribed medication
☒ Referral to other provider for treatment or therapy

**RETURN THIS FORM WITHIN 15 DAYS TO:**

The Larkin Company, 2350 Mission College Boulevard, Suite 390, Santa Clara, CA 95054
Telephone 650 938-0933 – Toll-Free Telephone 866 923-3336 – Fax 916 594-0131

| | | |
|---|---|---|
| **Chronic Condition** – Does your patient have a chronic condition (e.g., asthma, diabetes, epilepsy) that (i) will continue over an extended period of time, and (ii) may cause episodic rather than a continuing period of incapacity? | | ☒ Yes<br>☐ No |
| If so, will the patient require treatment from you or by a nurse under your direct supervision at least twice per year? | | ☒ Yes<br>☐ No |
| **Permanent or Long Term Condition** – Is your patient incapacitated permanently or long-term due to a condition for which treatment may not be effective (e.g., Alzheimer's, a severe stroke, or the terminal stages of a disease)? | ☐ Yes<br>☒ No | If so, approximate date condition began: _____ |
| Will you continue to supervise this patient's condition even if active treatment is not required? | ☐ Yes<br>☐ No | |
| **Condition Requiring Multiple Treatments** – Will this patient have period(s) of absence while receiving multiple treatments—e.g., chemotherapy, radiation, physical therapy, dialysis, etc.—from you or from a health care services provider acting under your orders? | ☒ Yes<br>☐ No | |
| **Intermittent Absence** – Is it medically necessary for your patient to be off work on an intermittent basis due to episodic flare-ups? | ☐ Yes<br>☒ No | What is your estimate of the anticipated frequency and the duration of incapacity for next 12 months (e.g., 1 episode every 3 months lasting 1-2 days)?<br><br>Frequency: _____ times per _____ week(s) _____ month(s)<br><br>Duration: _____ hour(s) or _____ day(s) per episode |
| Is it medically necessary for your patient to be off work on an intermittent basis to attend follow-up treatment appointments? | ☐ Yes<br>☒ No | If so, please provide treatment schedule, if any, including dates of scheduled appointments and time required for each appointment: |
| **Part-Time/Reduced Schedule Absence** - Is it medically necessary for your patient to be off work on a reduced schedule basis? | ☐ Yes<br>☒ No | If so, date part-time work required: _____<br><br>Expected date on which incapacity will no longer exist: 6 / 3 / 19<br><br># of hours employee is able to work each day: _____ |

**Comments**

George Ca_____ M.D.      WT AI C      [signature]
Printed Name and Degree    Specialty    Signature of Health Care Provider

_____ MEDICAL GROUP
IRVING AND WESTERN
_____ AVE                               (773) 279-6517
Printed Street Address                  Telephone Number    Fax Number
CHICAGO, ILLINOIS 60618
(773) 275-7700

RETURN THIS FORM WITHIN 15 DAYS TO:

The Larkin Company, 2350 Mission College Boulevard, Suite 390, Santa Clara, CA 95054
Telephone 650 938-0933 – Toll-Free Telephone 866 923-3336 – Fax 916 594-0131

# EMPLOYEE CLAIM FOR DISABILITY BENEFITS — yelp

1. Print Your Full Name: FIRST MIDDLE LAST: **Kirby J Smith**
2. Your Social: [redacted]
3. Your Mailing Address: [redacted]
4. MALE ☐ FEMALE ☒
5. Your Home Telephone Number: 773.567.1319
7. Your Date of Birth: [redacted]
8. What Was the Last Day You Worked? MO 3 DAY 8 YEAR 19
9. What Was the First Day on Which You Were Unable to Work? MO 3 DAY 1 YEAR 19
10. The Type of Condition Causing Disability is: **Sickness** ☒ Accident ☐ Pregnancy ☐
11. Was Your Disability Due to the Acts (or Omissions) of Another Party? YES ☐ NO ☒
12. Was Your Disability Caused By Your Work? YES ☐ NO ☒
13. Please explain briefly why you are not able to work: **Serious/severe sciatica issues. Can't sit can stand for long periods of time. Can barely walk.**
14. What Was Your Regular Occupation (Job Title) When You Became Disabled? **Junior Account Exec.**
15. Please describe the types of duties you were required to perform: [blank]
16. At the Time You Became Disabled, Did You Have More Than One Employer? YES ☐ NO ☒
17. Are You Still Unable to Work? YES ☒ NO ☐
18. If You Are Able To Work, Please Enter Date on Which You Were First Able To Do So: [blank]
19. If You Are Still Unable to Work, Please Enter Date on Which You Expect to Be Able To Work: MO 6 DAY 3 YEAR 19

## CERTIFICATION

I hereby claim benefits and certify that, for the period covered by this claim, I was disabled and not working. I also certify that the statements I have made are, to the best of my knowledge and belief, true, accurate and complete.

Date: 3·1·19
Signature of Claimant: [signed]

Mail Completed Form To: The Larkin Company, 2350 Mission College Blvd, Suite 390, Santa Clara, CA 95054
Or, FAX To: The Larkin Company @ (650) 938-0943



## PAY REQUEST

I understand that I have the option to use my available sick time[1] and/or PTO to supplement any other income replacement benefits I may receive while on leave or during any unpaid portion of my leave. I have checked my preference(s) below:

- [x] I wish to use my available sick time during my leave.[2]
- [ ] I wish to use my available PTO during my leave.[3] Select one:

    ___ I'd like to use all my available PTO.

    ___ I'd like to keep a balance of ____ PTO hours.[4]

---

## INSURANCE CONTINUATION ACKNOWLEDGEMENT

I understand that, for any period during which I do not receive pay from Yelp,[6] I am responsible for insurance premiums that would otherwise be deducted from my paycheck. I also understand that I will owe to Yelp any such insurance premium amounts that Yelp pays on my behalf, and that such amounts will be deducted from my paycheck(s) upon my return to work (or from my final paycheck should I not return from leave).

I authorize Yelp Payroll to withhold the unpaid premiums from the first __3__ [enter 1 – 5] paycheck(s) upon my return from leave.

_Kirby J Smith_
Print Name

_[signature]_           3.11.19
Signature                    Date

---

[1] Sick time cannot be used to supplement income while on military leave.
[2] Full-time exempt employees may use a maximum of 40 hours of sick time per calendar year to supplement their income while on leave. The number of sick time hours available for use will be calculated as follows: 40 hours minus the number of sick time hours the employee has used that calendar year (or for employees who are in their first year of employment and had a start date on or after July 1: 16 hours minus the number of sick time hours the employee has utilized that calendar year).
[3] PTO balances can be viewed in Workday.
[4] If you do not indicate a specific number of PTO hours you would like to keep, we will continue to use your PTO to supplement your income until you've reached a balance of zero hours.
[6] If you are receiving pay from Yelp, insurance premiums will be deducted from your paycheck as normal.

Please return this form to:
The Larkin Company, 2350 Mission College Blvd Suite 390, Santa Clara 95054
Telephone 650 938-0933 • Toll-Free Telephone 866 923-3336 • Fax 916 594-0131

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

NOTE: You are not required to sign this Authorization, but, if you do not, The Larkin Company may not be able to evaluate your claim(s).

I authorize any physician, medical practitioner, health care provider, hospital, clinic, laboratory, pharmacy, employer, insurance carrier, claims administrator, government agency, or other institution or person having knowledge to furnish and disclose records concerning my disability to my employer and The Larkin Company. Such records include, but are not limited to, medical notes; consultative reports; prescription records; laboratory and other test results; wage and earnings records; and records relating to evaluation, diagnosis, prognosis and treatment of a physical condition (including pregnancy), mental health disorder, or condition arising from alcohol or drug abuse.

This information will be used solely to determine my eligibility for disability benefits. Unless I revoke this authorization by written statement sent to The Larkin Company, it is valid for 18 months from the date I sign it. Information released prior to written revocation may be used to evaluate my claim. A copy (including a facsimile or electronically-transmitted copy) of this authorization is as valid as the original. I know I have a right to keep a copy of this authorization. I know that information disclosed under this authorization may no longer be protected by the HIPAA Privacy Rule and may be redisclosed (except where prohibited by California law).

I further authorize The Larkin Company to release information from my records, only as necessary to process my claim, to medical professionals or rehabilitation specialists who are used by my employer or The Larkin Company; a physician or medical institution prior to my appearance for an independent medical examination, if an examination is necessary; my personal physician or medical practitioner; the California EDD and CUIAB; and Workers' Compensation carrier(s) or administrator(s).

Yelp
Employer

Name (Please Print): Kirby J Smith

3.11.19
Date

Signature: [signed]

If you are covered under a Long Term Disability plan or policy and/or Workers' Compensation program and would like The Larkin Company to release information to the insurance carrier or administrator who processes claims, please also sign the Authorization, below:

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I authorize my employer and The Larkin Company to furnish and disclose records concerning my disability to the insurance company or claims administrator that administers the Long Term Disability plan or policy and/or Workers' Compensation program under which I am covered. Such records include, but are not limited to, medical notes; consultative reports; prescription records; laboratory and other test results; wage and earnings records; and records relating to evaluation, diagnosis, prognosis and treatment of a physical condition (including pregnancy), mental health disorder, or condition arising from alcohol or drug abuse.

Unless I revoke this authorization in writing, it is valid for 18 months from the date of my signature. A copy of this authorization is as valid as the original. I know I have a right to keep a copy of this authorization.

3.11.19
Date

Signature: [signed]

Mail Signed Authorization To: **The Larkin Company, 2350 Mission College Blvd, Suite 390, Santa Clara, CA 95054**
Or, FAX To: **The Larkin Company @ (650) 938-0943**

_____  _____
Printed City, State, ZIP                         Date

**RETURN THIS FORM WITHIN 15 DAYS TO:**

The Larkin Company, 2350 Mission College Boulevard, Suite 390, Santa Clara, CA 95054
Telephone 650 938-0933 – Toll-Free Telephone 866 923-3336 – Fax 916 594-0131