Exhibit 4

# Advocate Illinois Masonic Medical Center
836 West Wellington Avenue Chicago, IL 60657
(773) 296-7078

## Discharge Instructions

Given the multitude of health plans and insurance coverage, we recommend that you check with your primary care physician and/or Health Plan to make sure that your referral, if necessary, will be covered by your insurance.

**Patient Information**
Name: SMITH, KIRBY     Date of Birth: ███████     Arrival Time: 3/12/2019 7:43 AM

**Emergency Care Provider:** PHYSICIAN, UNASSIGNED

## Patient Instructions
SMITH, KIRBY has been given the following list of prescriptions, follow-up instructions, and patient education/performed procedure materials. Please read your instructions carefully:

Prescriptions:
**Fill New Prescriptions:**
diazePAM (Valium oral 5 mg tablet) 5 mg Oral Twice daily
docusate (Colace (sodium) oral 100 mg capsule) 100 mg Oral Twice daily 14 days
lidocaine topical (lidocaine 4% topical film) 1 patch Topical Twice daily

An ER Physician has reviewed the medication list given at the time of your initial ER evaluation and considered them during treatment, prescribing, and at discharge. If there are medications that you are taking, but did not inform the physician, please consult your primary care physician.

You/Your significant other have received examination and treatment on an emergency basis. If no specific follow-up instructions have been provided, please contact your doctor or the doctor we have referred you to within 24 hours to arrange for follow-up care. Please return to this facility if you encounter any problems, or if you are unable to contact your physician.
**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| Family Practice Ravenswood | 4600 N Ravenswood Ave. Chicago, IL 60640 7735617500 Business (1) | Within 1 to 3 days |

| With: | Address: | When: |
|---|---|---|
| Internal Medicine Associates IMMC | 3048 N. Wilton Ave, 1st Floor Chicago, IL 60657 7732965424 Business (1) | Within 1 to 3 days |

## Comments:

Return to the emergency department immediately with any increasing pain, inability to ambulate, specific weakness or numbness, difficulty urinating or having bowel movements, fever, or any concerns. Follow-up your MRI as scheduled. Follow-up with your primary doctor or referred clinic for additional evaluation.

### Patient Education and Performed Procedure Materials
SMITH, KIRBY has been given the following Patient Education based on your evaluation and/or procedures performed during this visit:
Radicular Pain; Back Pain, Adult

Advocate Illinois Masonic Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following pages include patient education materials and information regarding your injury/illness.

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for or an effort to provide complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If cultures were taken at the time of your emergency visit, they will not be ready until one to several days afterwards. If culture results are positive, you will be notified if change in treatment is necessary.

For patients who received x-rays, all x-ray diagnoses that are made through the Emergency Department are provisional. These are reviewed and final report given by a Radiologist. If there is any change, you will be notified. If copies of your x-rays are needed for consultation, please call the Radiology File Room (773-296-5969) with a minimum of 24 hours notice if possible between 7 am and 7 pm Monday – Friday to arrange for their release.

If your primary physician is not on staff at ADVOCATE and needs to review the Emergency Department record, please contact Medical Records at (773-296-5177) with a minimum of 24 hours notice if possible between 8:30 am and 5 pm Monday - Friday. If you are looking for a permanent physician for your healthcare needs, please call Health Advisor at 1-800-3-ADVOCATE or the phone number on the back of your insurance card. Health Advisor has bilingual representatives to assist you.

You / Your significant other have received examination and treatment on an emergency basis. Please contact your doctor or the doctor we have referred you to within 24 hours to arrange for follow-up care. **Please return** to this facility if you encounter any problems, or if you are unable to contact your physician.

THANK YOU FOR CHOOSING ADVOCATE ILLINOIS MASONIC MEDICAL CENTER FOR YOUR EMERGENCY CARE

We are sure that a trip to the ER was not in your plans today. We sincerely hope that we were able to provide you or your family member with VERY GOOD care. Our physicians and clinical staff are committed to quality and

service. It is our goal at Advocate Illinois Masonic Medical Center to provide you with **very good** care always. Patients are randomly selected to participate in a survey. **We value your feedback**. If you should be selected, please take the time to complete.

Your suggestions and comments are valued, so please take the time to fill out a survey when you receive one by mail. If you cannot give a '5' or 'Very Good' in any area, please let a staff member know immediately so we can rectify the issue. Please feel free to call the numbers below at any time to let us know how we are doing.

As always, you are the most important factor in your recovery. Please follow these instructions carefully. If you have any medical related questions regarding your treatment, please call 773-296-7078. The charge nurse or triage nurse will assist you.