# Referral

Referral # 16220469

## Referral Information

| Referral # | Creation Date | Referral Status | Status Update |
|---|---|---|---|
| 16220469 | 03/26/2019 | No Authorization Required | 03/27/2019: Status History |

| Status Reason | Referral Type | Referral Reasons | Referral Class |
|---|---|---|---|
| none | Consult & Treatment | none | Internal |

| To Specialty | To Provider | To Location/Place of Service | To Department |
|---|---|---|---|
| none | Jerrel H Boyer, DO | none | none |

| To Vendor | Referred By | By Location/Place of Service | By Department |
|---|---|---|---|
| none | George Czajkowski, MD | ADVOCATE MEDICAL GROUP CHICAGO 4025 N WESTERN | ADMG CHICAGO 4025 N WESTERN IM |

| Priority | Start Date | Expiration Date | Referral Entered By |
|---|---|---|---|
| Routine | 03/26/2019 | 06/25/2019 | George Czajkowski, MD |

| Visits Requested | Visits Authorized | Visits Completed | Visits Scheduled |
|---|---|---|---|
| 1 | 1 | | |

## Procedure Information

| Procedure | Modifiers | Provider | Requested | Approved |
|---|---|---|---|---|
| 9057 - SERVICE TO NEUROLOGICAL SURGERY | None | Jerrel H Boyer, DO | 1 | 1 |

## Diagnosis Information

Diagnosis
724.2, 724.3 (ICD-9-CM) - M54.42, M54.41 (ICD-10-CM) - Acute midline low back pain with bilateral sciatica
722.10 (ICD-9-CM) - M51.26 (ICD-10-CM) - Lumbar herniated disc

## Referral Notes

Number of Notes: 2

| Type | Date | User | Summary | Attachment |
|---|---|---|---|---|
|  | 03/27/2019 8:22 AM | Jacqueline Moragne, CMA | - | - |

**Note**
AMG Neurosurgery
Dr. Jerel Boyer
3000 N. Halsted Suite 703
Chicago il 60657

773-296-6666
773-296-9999

| Type | Date | User | Summary | Attachment |
|---|---|---|---|---|
| Provider Comments | 03/26/2019 4:52 PM | George Czajkowski, MD | Provider Comments | - |

**Note**
Herniated disc right-sided sciatica

## Referral Order

Order
SERVICE TO NEUROLOGICAL SURGERY (Order # 713172206) on 03/26/2019
View Encounter