UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIRBY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20:cv-1166 |
| | ) | |
| v. | ) | Judge Shah |
| | ) | |
| YELP, INC. | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Stephanie A. Scharf
Scharf Banks Marmor LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on this 18th day of March, 2021, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **Attorneys' Lien.**

                                          */s/Brian M. Orozco*
                                          The Law Office of C.N. Norris, LLC

**The Law Office of C.N. Norris, LLC**
**55 East Monroe | Suite 38**
**Chicago, IL 60603**
**312.625.6129 Phone**

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on the 18th day of March, 2021, I, Brian M. Orozco, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing this notice with the United States District Court.

                                                                          */s/Brian M. Orozco*
                                                          The Law Office of C.N. Norris, LLC

**The Law Office of C.N. Norris, LLC**
**55 East Monroe | Suite 38**
**Chicago, IL 60603**
**312.625.6129 Phone**