UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIRBY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20:cv-1166 |
| | ) | |
| v. | ) | Judge Shah |
| | ) | |
| YELP, INC. | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEYS' LIEN

NOW COMES, The Law Office of C.N. Norris, LLC, and in support of their Attorney Lien, states as follows:

1. The Law Office of C.N. Norris, LLC is currently legal counsel for the Plaintiff, Kirby Smtih.

2. While representing the Plaintiff, The Law Office of C.N. Norris, LLC is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with our Attorney/Client Contingency Agreement.

Respectfully submitted,

*/s/Brian M. Orozco*
The Law Office of C.N. Norris, LLC

**The Law Office of C.N. Norris, LLC**
**55 East Monroe | Suite 38**
**Chicago, IL 60603**
**312.625.6129 Phone**